JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 15-07808-AB (JCx) | Date: | June 14, 2016 |
|---|---|---|---|

Title: *Elwood Staudinger v. Genevieve Freeman, et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order DISMISSING Action for Failure to Prosecute

In its March 28, 2016 Order (Dkt. No. 18), the Court granted Plaintiff an extension to May 25, 2016 to file his proofs of service for his Complaint alleging claims under the Fair Debt Collection Practices Act. The order advised Plaintiff that if he failed to file his proofs of service by the deadline, the action would be dismissed. As of the date of this order, Plaintiff has not filed any proof of service. This action is therefore **DISMISSED** without prejudice for failure to prosecute.

**IT IS SO ORDERED.**